UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DEBORAH MANEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-01163 |
| | ) |
| **SOCIAL SECURITY** | ) |
| **ADMINISTRATION,** | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 7) recommending that the Court dismiss this action pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). Plaintiff Deborah Maney ("Maney") has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See id. at 5–6).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Maney's inaction, despite the Court's prior instructions and warnings, combined with the prejudice to Defendant Social Security Administration ("SSA") warrants dismissal; and (2) while Maney is afforded flexibility as a *pro se* litigant, that does not allow her to ignore Court deadlines. (See Doc. No. 7 at 3–5).

Accordingly, the R&R (Doc. No. 7) is **APPROVED AND ADOPTED**. This action is **DISMISSED WITH PREJUDICE** pursuant to Rules 16(f) and 41(b). The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE